UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13
```

ROSS F. GILMOUR, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

HSBC BANK (USA), N.A., et al.,

    Defendants.

Civil Action No. 1:13-cv-05896-ALC-HBP

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF JULIANNA THOMAS MCCABE**

The Motion of Julianna Thomas McCabe for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Florida; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Julianna Thomas McCabe |
| Firm Name: | JORDEN BURT LLP |
| Address: | 777 Brickell Avenue, Suite 500 |
| City/State/Zip: | Miami, Florida 33131 |
| Telephone: | (305) 347-6870 |
| Facsimile: | (305) 372-9928 |
| E-mail: | jt@jordenusa.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Assurant, Inc. and American Security Insurance Company in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __11 - 12__, 2013

_____
United States ~~District~~ / Magistrate Judge