UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
  ROSS F. GILMOUR,                      :

                                 Plaintiff,   :

                  -against-                   :     1:13-cv-05896 (ALC) (HBP)

  HSBC USA (BANK) N.A., et al.,       :     **ORDER SETTING TELEPHONE**
                                 Defendants.  :     **STATUS CONFERENCE**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will conduct a telephone status conference in this action on December 18, 2013 at 3:45 p.m. The parties should contact the Court at (212) 805-0141 on the date and time specified above.

    This Order resolves the letter motions at ECF Nos. 46 and 49.

**SO ORDERED.**

Dated:   December 5, 2013

         New York, New York                           **ANDREW L. CARTER, JR.**
                                                                                     **United States District Judge**