UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS F. GILMOUR, for himself and on behalf of all others similarly situated, | ECF Case<br><br>No. 13 Civ. 5896 (ALC) |
| Plaintiff, | |
| vs. | |
| HSBC BANK (USA), N.A., HSBC CORPORATION (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE COMPANY, | |
| Defendants. | |

## NOTICE OF CHANGE IN FIRM NAME AND CONTACT INFORMATION

The undersigned hereby gives notice that effective January 1, 2014, the law firm Jorden Burt, LLP merged with Carlton Fields, P.A. The new firm name is Carlton Fields Jorden Burt, P.A., and the new contact information for counsel for Assurant, Inc. and American Security Insurance Company in this case is as follows:

E-mail:    Frank G. Burt:    fburt@cfjblaw.com

W. Glenn Merten:    gmerten@cfjblaw.com

Brian P. Perryman:    bperrymen@cfjblaw.com

Julianna Thomas McCabe:    jtmccabe@cfjblaw.com

Respectfully submitted

By:  -/s/- *Frank Burt*
Frank G. Burt
fburt@cfjblaw.com
W. Glenn Merten
gmerten@cfjblaw.com
Brian P. Perryman
bperrymen@cfjblaw.com

CARLTON FIELDS JORDEN BURT
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-0805
Telephone:  (202) 965-8100
Facsimile:  (202) 965-8104

**Attorneys for ASSURANT INC. and AMERICAN SECURITY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing Notice of Change in Firm Name and Contact Information was filed on January 10, 2014 with the Clerk by using the CM/ECF system, which served all counsel of record.

               -/s/- *Frank Burt*
                Frank Burt