Case 1:13-cv-05896-ALC-HBP   Document 60-2   Filed 01/15/14   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _1/16/14_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

ROSS F. GILMOUR, individually and on behalf of  :
all others similarly situated,                 :
                                   Plaintiff,   :
                                                :
            -against-                           :
                                                :
HSBC BANK (USA), N.A., HSBC MORTGAGE            :
CORP. (USA), ASSURANT, INC., and               :
AMERICAN SECURITY INSURANCE CO.,               :
                                                :
                                Defendants.     :
-------------------------------------------------------------- X

No. 1:13-cv-05896-ALC

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Benjamin G. Diehl, for admission to practice Pro Hac Vice in the above

captioned action, is granted.

Applicant has declared that he is a member of good standing of the bar of the State of

California; and that his contact information is as follows:

> Benjamin G. Diehl
> Stroock & Stroock & Lavan LLP
> 2029 Century Park East
> Los Angeles, CA 90067-3086
> Telephone:  310-556-5800/Fax:  310-556-5959
> E-mail:  bdiehl@stroock.com and lacalendar@stroock.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) in the above

entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above-captioned case in the United States District Court for the Southern District of New York.

LA 51716608

All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: _____/ - / f-_____, 2014        _____
                                         United States District/Magistrate Judge

LA 51716608