UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ROSS F. GILMOUR, individually and on behalf of all others similarly situated,

                Plaintiff,

    -against-

HSBC BANK (USA), N.A., HSBC MORTGAGE CORP. (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,

                Defendants.
------------------------------------------------------------- X

No. 1:13-cv-05896-ALC

**REPORT REGARDING STATUS OF SETTLEMENT IN PARALLEL ACTION**

## REPORT REGARDING STATUS OF SETTLEMENT

## IN PARALLEL ACTION

On December 18, 2013, this Court held a conference and ordered the parties to file a report regarding the status of settlement in a parallel action, Lopez v. HSBC Bank USA, N.A., Southern District of Florida, Case No. 1:13-cv-21104.

On December, 30, 2013 the parties in Lopez reached a settlement in principle and executed a memorandum of understanding as to the key terms of a nationwide settlement as to HSBC's[1] hazard lender placed insurance practices ("LPI"). On January 2, 2014, the parties in Lopez filed a joint motion to stay that action except as to settlement related activities. The parties in Lopez are in the process of finalizing their settlement agreement.

HSBC will notify this Court once a settlement agreement is executed and filed with the Lopez court.

---

[1] "HSBC" means HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA). These HSBC entities are defendants in both this action and Lopez.

LA 51689031

On February 3, 2014, HSBC consulted with the parties in this action regarding the instant report and received their consent to file it.

Dated:  February 3, 2014 		Respectfully Submitted,

	/s/ Wesley M. Griffith	
Julia B. Strickland
Lisa M. Simonetti
Benjamin G. Diehl
Wesley M. Griffith
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California  90067-3086
Telephone:  (310) 556-5800
Fax:  (310) 556-5959
wgriffith@stroock.com and lacalendar@stroock.com

## CERTIFICATION

I hereby certify that, on February 3, 2014, a copy of the foregoing **REPORT REGARDING STATUS OF SETTLEMENT IN PARALLEL ACTION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By:    /s/ Wesley M. Griffith
       Wesley M. Griffith