UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
ROSS F. GILMOUR, individually and on behalf of all others similarly situated,

               Plaintiff,

-against-

HSBC BANK (USA), N.A., HSBC MORTGAGE CORP. (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,

               Defendants.
---------------------------------------------------------------- X

No. 1:13-cv-05896-ALC

**NOTICE OF WITHDRAWAL OF COUNSEL**

## NOTICE OF WITHDRAWAL OF COUNSEL

Stroock & Stroock & Lavan, LLP ("Stroock"), being the attorneys of record for defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) (together, "Defendants"), hereby notifies the court and all counsel of record of the withdrawal of Joann Nguyen as counsel in this action, as she is no longer affiliated with Stroock. Stroock will continue to represent Defendants as counsel of record.

Dated: April 30, 2014

                                       Respectfully Submitted,

                                       /s/     Benjamin G. Diehl
                                       Julia B. Strickland
                                       Lisa M. Simonetti
                                       Benjamin G. Diehl
                                       Wesley M. Griffith
                                       STROOCK & STROOCK & LAVAN LLP
                                       2029 Century Park East
                                       Los Angeles, California  90067-3086
                                       Telephone:  (310) 556-5800
                                       Fax:  (310) 556-5959
                                       bdiehl@stroock.com and lacalendar@stroock.com

LA 51751966

**CERTIFICATION**

I hereby certify that, on April 30, 2014, a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:     /s/ Benjamin G. Diehl
         Benjamin G. Diehl

-1-