UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ROSS F. GILMOUR, individually and on behalf of all others similarly situated,

       Plaintiff,

 -against-

HSBC BANK (USA), N.A., HSBC MORTGAGE CORP. (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,

       Defendants.

---------------------------------------------------------------X

No. 1:13-cv-05896-ALC

**NOTICE OF WITHDRAWAL OF COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/14

## NOTICE OF WITHDRAWAL OF COUNSEL

Stroock & Stroock & Lavan, LLP ("Stroock"), being the attorneys of record for Defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) ("Defendants"), hereby notify the court and all counsel of record of the withdrawal of Catherine Huang as counsel in this action, as she is no longer affiliated with Stroock. Stroock will continue to represent Defendants as counsel of record.

Dated: April 9, 2014

Respectfully Submitted,

/s/   *Benjamin G. Diehl*
Julia B. Strickland
Lisa M. Simonetti
Benjamin G. Diehl
Wesley M. Griffith
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: (310) 556-5800
Fax: (310) 556-5959
bdiehl@stroock.com and lacalendar@stroock.com

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

5 - 2 - 14

LA 51745113

## CERTIFICATION

I hereby certify that, on April 9, 2014, a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.


By:   /s/ *Benjamin G. Diehl*
      Benjamin G. Diehl

LA 51745113