UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ROSS F. GILMOUR, individually and on behalf of all others similarly situated,

                    Plaintiff,

    -against-

HSBC BANK (USA), N.A., HSBC MORTGAGE CORP. (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,

                    Defendants.
------------------------------------------------------------- X

No. 1:13-cv-05896-ALC

**REPORT REGARDING STATUS OF SETTLEMENT IN PARALLEL ACTION**

## REPORT REGARDING STATUS OF SETTLEMENT

## IN PARALLEL ACTION

On February 3, 2014, HSBC[1] filed a status report advising that the parties in a parallel action challenging HSBC's lender-placed insurance ("LPI") practices, Diaz v. HSBC Bank USA, N.A., Southern District of Florida, Case No. 1:13-cv-21104,[2] reached a settlement in principle and executed a memorandum of understanding. HSBC further stated that it would notify this Court of additional developments in Diaz.

On March 19, 2014, HSBC filed a status report advising that plaintiffs in Diaz had filed for preliminary approval of a class action settlement and that the Diaz court had held a hearing on that motion.

On March 31, 2014, HSBC filed a status report advising that the Diaz court granted preliminary approval of the settlement and set a final fairness hearing for September 18, 2014,

---

[1]    "HSBC" means HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA). These HSBC entities are defendants in both this action and Diaz.

[2]    Diaz vs. HSBC Bank USA, N.A. was formerly known as Lopez vs. HSBC Bank USA, N.A.

LA 51755669

and that attempted intervenors in the <u>Diaz</u> settlement had filed a motion for reconsideration of the order denying their motion to intervene.

On May 2, 2014, the <u>Diaz</u> court entered an order denying the motion for reconsideration filed by the attempted intervenors. On May 7, 2014, the attempted intervenors field a notice of appeal of the orders denying their motions to intervene and for reconsideration.

It is HSBC's belief that, if finally approved, the <u>Diaz</u> settlement will extinguish all claims in the instant action.

Absent contrary instructions from this Court, HSBC will file an additional status report when notice is mailed to the settlement class in <u>Diaz</u>, or should earlier developments warrant.

Dated: May 9, 2014                                  Respectfully Submitted,

                                                    <u>  /s/ Benjamin G. Diehl        </u>
                                                    Julia B. Strickland
                                                    Lisa M. Simonetti
                                                    Benjamin G. Diehl
                                                    Wesley M. Griffith
                                                    STROOCK & STROOCK & LAVAN LLP
                                                    2029 Century Park East
                                                    Los Angeles, California  90067-3086
                                                    Telephone:  (310) 556-5800
                                                    Fax:  (310) 556-5959
                                                    bdiehl@stroock.com and lacalendar@stroock.com

## CERTIFICATION

I hereby certify that, on May 9, 2014, a copy of the foregoing **REPORT REGARDING STATUS OF SETTLEMENT IN PARALLEL ACTION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By: <u>*/s/ Benjamin G. Diehl*</u>
       Benjamin G. Diehl