UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROSS F. GILMOUR, individually and on
behalf of all others similarly situated,

           Plaintiff,

  -against-

HSBC BANK (USA), N.A., et al.

           Defendants.
------------------------------------------------------------x

1:13-cv-05896 (ALC) (HBP)

<u>ORDER</u>

ANDREW L. CARTER, JR., United States District Judge:

  The Court has received HSBC's Reports Regarding Status of Settlement in Parallel Action. The parties should continue to file such reports every sixty (60) days until instructed otherwise by the Court.

SO ORDERED.

Dated: May 28, 2014
    New York, New York

                ANDREW L. CARTER, JR.
                United States District Judge