UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ROSS F. GILMOUR, individually and on behalf of
all others similarly situated,

                Plaintiff,

    -against-

HSBC BANK (USA), N.A., HSBC MORTGAGE
CORP. (USA), ASSURANT, INC., and
AMERICAN SECURITY INSURANCE CO.,

                Defendants.
------------------------------------------------------------- X

No. 1:13-cv-05896-ALC

**REPORT REGARDING STATUS OF SETTLEMENT IN PARALLEL ACTION**

## REPORT REGARDING STATUS OF SETTLEMENT

## IN PARALLEL ACTION

On February 3, 2014, HSBC[1] filed a status report advising that the parties in a parallel action challenging HSBC's lender-placed insurance ("LPI") practices, Diaz v. HSBC Bank USA, N.A., Southern District of Florida, Case No. 1:13-cv-21104,[2] reached a settlement on a class wide basis. HSBC further stated that it would notify this Court of additional developments in Diaz, which it has done. On May 28, 2014, this Court ordered HSBC to continue to provide status reports every sixty days, the last of which was filed on July 24, 2014.

---

[1]     "HSBC" means HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA). These HSBC entities are defendants in both this action and Diaz.

[2]     Diaz vs. HSBC Bank USA, N.A. was formerly known as Lopez vs. HSBC Bank USA, N.A.

On September 18, 2014, the <u>Diaz</u> court held the final fairness hearing on the <u>Diaz</u> LPI settlement and indicated that it would issue a ruling in the coming weeks.  HSBC will provide an additional status update to this Court when the <u>Diaz</u> court issues an order on the motion for final approval of the settlement in that case or should other circumstances warrant.

Dated:  September 22, 2014            Respectfully Submitted,

      */s/ Wesley M. Griffith*
Julia B. Strickland
Lisa M. Simonetti
Benjamin G. Diehl
Wesley M. Griffith
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California  90067-3086
Telephone:  (310) 556-5800
Fax:  (310) 556-5959
wgriffith@stroock.com and lacalendar@stroock.com

## CERTIFICATION

I hereby certify that, on September 22, 2014, a copy of the foregoing **REPORT REGARDING STATUS OF SETTLEMENT IN PARALLEL ACTION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:     */s/ Wesley M. Griffith*
            Wesley M. Griffith