UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
ROSS F. GILMOUR, individually and on behalf of :
all others similarly situated, :
:
                Plaintiff(s), : Case No. 13-cv-05896-ALC-BHP
:
   - v - :
:
HSBC BANK (USA), N.A., et al., :
:
                Defendants. :
:
------------------------------------------- X

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

     PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Karen E. Abravanel respectfully moves to withdraw her appearance as attorney for Defendants Assurant, Inc. and American Security Insurance Company (collectively, the "Assurant Defendants") and for the Court to direct the Clerk to remove her name from the electronic docket in this case.  In January 2015, Ms. Abravanel will be taking a position with another company.  Sullivan & Worcester LLP and Carlton Fields Jorden Burt will continue as counsel for the Assurant Defendants.

Dated:  New York, New York       Respectfully submitted,
        December 31, 2014

                                          By:/s/Karen E. Abravanel
                                             Andrew T. Solomon
                                             Karen E. Abravanel
                                         SULLIVAN & WORCESTER LLP
                                         1633 Broadway, 32nd Floor
                                         New York, New York 10019
                                         Telephone: (212) 660-3000
                                         Facsimile: (212) 660-3001
                                         asolomon@sandw.com
                                         kabravanel@sandw.com

                                         -and-

        Franklin G. Burt (*pro hac vice*)
        W. Glenn Merten (*pro hac vice*)
        CARLTON FIELDS JORDEN BURT
        1025 Thomas Jefferson Street, NW
        Suite 400 East
        Washington, DC 20007
        Telephone: (202) 965-8100
        Facsimile: (202) 965-8104
        fburt@cfjblaw.com
        gmerten@cfjblaw.com

        *Attorneys For Defendants Assurant, Inc. and*
        *American Security Insurance Company*

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.