

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
ROSS F. GILMOUR, individually and on behalf of :
all others similarly situated,

                Plaintiff(s),      :      Case No. 13-cv-05896-ALC-BHP

    - v -

HSBC BANK (USA), N.A., et al.,

                Defendants.
---------------------------------------- X

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Karen E. Abravanel respectfully moves to withdraw her appearance as attorney for Defendants Assurant, Inc. and American Security Insurance Company (collectively, the "Assurant Defendants") and for the Court to direct the Clerk to remove her name from the electronic docket in this case. In January 2015, Ms. Abravanel will be taking a position with another company. Sullivan & Worcester LLP and Carlton Fields Jorden Burt will continue as counsel for the Assurant Defendants.

Dated: New York, New York
       December 31, 2014

Respectfully submitted,

By: /s/Karen E. Abravanel
    Andrew T. Solomon
    Karen E. Abravanel
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
asolomon@sandw.com
kabravanel@sandw.com

-and-

SO ORDERED
/s/ Henry Pitman
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
1-6-15

Franklin G. Burt (*pro hac vice*)
W. Glenn Merten (*pro hac vice*)
CARLTON FIELDS JORDEN BURT
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
fburt@cfjblaw.com
gmerten@cfjblaw.com

*Attorneys For Defendants Assurant, Inc. and American Security Insurance Company*

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.