UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
ROSS F. GILMOUR, individually and on behalf of all others similarly situated,

                Plaintiff,

   -against-

HSBC BANK (USA), N.A., HSBC MORTGAGE CORP. (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,

                Defendants.
---------------------------------------------------------------- X

No. 1:13-cv-05896-ALC

**NOTICE OF WITHDRAWAL OF COUNSEL**

**NOTICE OF WITHDRAWAL OF COUNSEL**

Stroock & Stroock & Lavan, LLP ("Stroock"), being the attorneys of record for defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) (together, "Defendants"), hereby notifies the court and all counsel of record of the withdrawal of Lisa M. Simonetti as counsel in this action, as she is no longer affiliated with Stroock.  Stroock will continue to represent Defendants as counsel of record.

Dated:  February 24, 2015                Respectfully Submitted,

                                            */s/ Wesley M. Griffith*
                                            Julia B. Strickland
                                            Benjamin G. Diehl
                                            Wesley M. Griffith
                                            STROOCK & STROOCK & LAVAN LLP
                                            2029 Century Park East
                                            Los Angeles, California  90067-3086
                                            Telephone:  (310) 556-5800
                                            Fax:  (310) 556-5959
                                            wgriffith@stroock.com and lacalendar@stroock.com

LA 51840477

**CERTIFICATION**

I hereby certify that, on February 24, 2015, a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:      */s/ Wesley M. Griffith*
              Wesley M. Griffith