UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROSS F. GILMOUR, individually and on behalf of all others similarly situated,

              Plaintiff,

-against-

HSBC BANK (USA), N.A., HSBC MORTGAGE CORP. (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,

              Defendants.

------------------------------------------------------------X

No. 1:13-cv-05896-ALC

NOTICE OF WITHDRAWAL OF COUNSEL

## NOTICE OF WITHDRAWAL OF COUNSEL

Stroock & Stroock & Lavan, LLP ("Stroock"), being the attorneys of record for defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) (together, "Defendants"), hereby notifies the court and all counsel of record of the withdrawal of Lisa M. Simonetti as counsel in this action, as she is no longer affiliated with Stroock. Stroock will continue to represent Defendants as counsel of record.

Dated: February 24, 2015

Respectfully Submitted,

*[Handwritten note:]* AN ATTORNEY MAY ONLY BE RELIEVED OR DISPLACED PURSUANT TO A MOTION MADE UNDER LOCAL CIVIL RULE 1.4. THIS NOTICE DOES NOT COMPLY WITH RULE 1.4.

/s/ Wesley M. Griffith
Julia B. Strickland
Benjamin G. Diehl
Wesley M. Griffith
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: (310) 556-5800
Fax: (310) 556-5959
wgriffith@stroock.com and lacalendar@stroock.com

SO ORDERED

*[Signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
2-25-15

LA 51840477

## CERTIFICATION

I hereby certify that, on February 24, 2015, a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By: _/s/ Wesley M. Griffith_
Wesley M. Griffith

LA 51840477