UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ROSS F. GILMOUR, individually and on behalf of :
all others similarly situated, :
                             Plaintiff, :    No. 1:13-cv-05896-ALC
:
   -against- :    **MOTION FOR WITHDRAWAL**
:    **OF COUNSEL**
HSBC BANK (USA), N.A., HSBC MORTGAGE :
CORP. (USA), ASSURANT, INC., and :
AMERICAN SECURITY INSURANCE CO., :
:
                           Defendants. :
------------------------------------------------------------ X

**MOTION FOR WITHDRAWAL OF COUNSEL**

LA 51840477

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, Stroock & Stroock & Lavan, LLP ("Stroock"), attorneys of record for defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) (together, "HSBC"), respectfully moves to withdraw the appearance of Lisa M. Simonetti as an attorney for HSBC as Ms. Simonetti is no longer affiliated with Stroock.  Ms. Simonetti is not asserting a retaining or charging lien.  Stroock will continue to represent HSBC as counsel of record.  A copy of this Motion has been served on HSBC.

No dates are currently on calendar in this action in light of the settlement in <u>Lopez, et al. v. HSBC Bank USA, N.A., et al.</u>, U.S. District Court, Southern District of Florida, Case No. 1:13-cv-21104-FAM, which if affirmed on appeal will resolve all claims in this action.  An additional update regarding the status of the settlement in the <u>Lopez</u> action is due to the Court on April 17, 2015.

Dated:  February 26, 2015                               Respectfully Submitted,


                                                    */s/* Wesley M. Griffith
                                                    Julia B. Strickland
                                                    Benjamin G. Diehl
                                                    Wesley M. Griffith
                                                    STROOCK & STROOCK & LAVAN LLP
                                                    2029 Century Park East
                                                    Los Angeles, California  90067-3086
                                                    Telephone:  (310) 556-5800
                                                    Fax:  (310) 556-5959
                                                    wgriffith@stroock.com and lacalendar@stroock.com

LA 51840477

**CERTIFICATION**

I hereby certify that, on February 26, 2015, a copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System. Notice of this filing was also sent by U.S. Mail to the following:

HSBC Bank (USA), N.A.
95 Washington Street, 1 Southeast
Buffalo, NY 14203

HSBC Mortgage Corp. (USA)
95 Washington Street, 1 Southeast
Buffalo, NY 14203

By:   */s/* Wesley M. Griffith
      Wesley M. Griffith

-3-

LA 51840477