UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

ROSS F. GILMOUR, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

HSBC BANK (USA), N.A., HSBC MORTGAGE CORP. (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,

                Defendants.

------------------------------------------------------------------ X

No. 1:13-cv-05896-ALC

**MOTION FOR WITHDRAWAL OF COUNSEL**

## MOTION FOR WITHDRAWAL OF COUNSEL

APPLICATION GRANTED

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
2-27-15

LA 51840477

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, Stroock & Stroock & Lavan, LLP ("Stroock"), attorneys of record for defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA) (together, "HSBC"), respectfully moves to withdraw the appearance of Lisa M. Simonetti as an attorney for HSBC as Ms. Simonetti is no longer affiliated with Stroock. Ms. Simonetti is not asserting a retaining or charging lien. Stroock will continue to represent HSBC as counsel of record. A copy of this Motion has been served on HSBC.

No dates are currently on calendar in this action in light of the settlement in <u>Lopez, et al. v. HSBC Bank USA, N.A., et al.</u>, U.S. District Court, Southern District of Florida, Case No. 1:13-cv-21104-FAM, which if affirmed on appeal will resolve all claims in this action. An additional update regarding the status of the settlement in the <u>Lopez</u> action is due to the Court on April 17, 2015.

Dated: February 26, 2015　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Wesley M. Griffith
　　　　　　　　　　　　　　　　　　　　Julia B. Strickland
　　　　　　　　　　　　　　　　　　　　Benjamin G. Diehl
　　　　　　　　　　　　　　　　　　　　Wesley M. Griffith
　　　　　　　　　　　　　　　　　　　　STROOCK & STROOCK & LAVAN LLP
　　　　　　　　　　　　　　　　　　　　2029 Century Park East
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067-3086
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 556-5800
　　　　　　　　　　　　　　　　　　　　Fax: (310) 556-5959
　　　　　　　　　　　　　　　　　　　　wgriffith@stroock.com and lacalendar@stroock.com

LA 51840477

## **CERTIFICATION**

I hereby certify that, on February 26, 2015, a copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System. Notice of this filing was also sent by U.S. Mail to the following:

HSBC Bank (USA), N.A.
95 Washington Street, 1 Southeast
Buffalo, NY 14203

HSBC Mortgage Corp. (USA)
95 Washington Street, 1 Southeast
Buffalo, NY 14203

By:     /s/ Wesley M. Griffith
                Wesley M. Griffith

LA 51840477