**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

ROSS F. GILMOUR, individually and on behalf of
all others similarly situated,

                   Plaintiff,

    -against-

HSBC BANK (USA), N.A., HSBC MORTGAGE
CORP. (USA), ASSURANT, INC., and
AMERICAN SECURITY INSURANCE CO.,

                   Defendants.

---------------------------------------------------------------- X

No. 1:13-cv-05896-ALC

**REPORT REGARDING STATUS
OF SETTLEMENT IN
PARALLEL ACTION**

## REPORT REGARDING STATUS OF SETTLEMENT

## IN PARALLEL ACTION

On February 3, 2014, HSBC[1] filed a status report advising that the parties in a parallel

action challenging HSBC's lender-placed insurance ("LPI") practices, Diaz v. HSBC Bank USA,

N.A., Southern District of Florida, Case No. 1:13-cv-21104,[2] reached a settlement on a class

wide basis.  HSBC further stated that it would notify this Court of additional developments in

Diaz, which it has done.  On May 28, 2014, this Court ordered HSBC to continue to provide

status reports every sixty days.

On October 29, 2014, the Diaz court entered an order giving final approval to the

settlement, Diaz ECF No. 182.  Two objectors subsequently appealed the final approval of the

Diaz settlement to the Eleventh Circuit.  The Eleventh Circuit has since granted a motion to

dismiss the appeal filed by one of the objectors, but the other appeal remains pending.  HSBC

---

[1]    "HSBC" means HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA).
These HSBC entities are defendants in both this action and Diaz.

[2]    Diaz vs. HSBC Bank USA, N.A. was formerly known as Lopez vs. HSBC Bank USA,
N.A.

will provide an additional status update to this Court by June 16, 2015, or should other circumstances warrant.

Dated:  April 17, 2015                              Respectfully Submitted,


                                                             /s/ Wesley M. Griffith
                                                    Julia B. Strickland
                                                    Benjamin G. Diehl
                                                    Wesley M. Griffith
                                                    STROOCK & STROOCK & LAVAN LLP
                                                    2029 Century Park East
                                                    Los Angeles, California  90067-3086
                                                    Telephone:  (310) 556-5800
                                                    Fax:  (310) 556-5959
                                                    wgriffith@stroock.com and lacalendar@stroock.com

<u>**CERTIFICATION**</u>

I hereby certify that, on April 17, 2015, a copy of the foregoing **REPORT REGARDING STATUS OF SETTLEMENT IN PARALLEL ACTION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By:   */s/ Wesley M. Griffith*
Wesley M. Griffith