UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROSS F. GILMOUR, individually and on
behalf of all others similarly situated,

                             Plaintiff,      1:13-cv-05896 (ALC) (HBP)

          -against-                     <u>ORDER</u>

HSBC BANK (USA), N.A., HSBC
MORTGAGE CORP. (USA), ASSURANT,
INC., and AMERICAN SECURITY
INSURANCE CO.
                            Defendants.

-----------------------------------------------------------x

**ANDREW L. CARTER, JR.**, United States District Judge:

      The parties should submit a joint status report by **July 9, 2015** regarding whether the above-captioned action will be dismissed, in whole or in part. Alternatively, if all claims will be dismissed, parties should submit a stipulation of dismissal in accordance with the Court's Individual Practices, by **July 9, 2015**.

SO ORDERED.

Dated:  June 25, 2015
         New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**