IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS F. GILMOUR, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>HSBC BANK (USA), N.A., HSBC MORTGAGE CORP. (USA), ASSURANT, INC., and AMERICAN SECURITY INSURANCE CO.,<br><br>      Defendants. | Civil Action No.  1:13-cv-5896-ALC-HBP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ross F. Gilmour submits to the dismissal of this action without prejudice and with each party to bear its own fees and costs.

                  Respectfully submitted,

Dated:  July 9, 2015    By: /s Shanon J. Carson

                  Shanon J. Carson
                  Patrick F. Madden
                  BERGER & MONTAGUE, P.C.
                  1622 Locust Street
                  Philadelphia, PA  19103
                  Telephone: (215) 875-3000
                  Facsimile: (215) 875-4604
                  Email: scarson@bm.net
                      pmadden@bm.net

                  *Attorneys for Plaintiff*